Michael E. Dergosits (SBN 118206)
Omair M. Farooqui (SBN 207090)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail: mdergosits@dergnoah.com
ofarooqui@dergnoah.com

Attorneys for Plaintiffs
VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>Defendant. | No. C 06 2026 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO ADR LR 2-3, CIVIL LR 16-2(e) RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, AND RESCHEDULING OF FED. R. CIV. PROC. 26(f) AND PATENT LOCAL RULE DATES** |

On March 16, 2006, plaintiffs Vinovation, Inc. and Oenovation International LLC filed the complaint in this action. In the Order Setting Initial Case Management Conference, the Court set July 24, 2006, as the date for the Initial Case Management Conference. On March 24, 2006, the case was reassigned to the Honorable Jeffrey S. White. On March 27, 2006, the Court issued an Order Setting Case Management Conference rescheduling the conference to July 21, 2006. The parties are interested in conducting settlement discussions before a mediator through the Court's Alternative Dispute Resolution procedures and hereby seek an order pursuant to LR 2-3 assigning this matter to mediation through the ADR process to be held within seventy-five (75) days of this referral. The parties have also agreed to continue the Initial Case Management Conference to October 27, 2006 at 1:30 p.m. in order to enable the parties to participate in the

1  ADR process to attempt to resolve this matter informally.

2  Further, in the interest of providing the best opportunity for the parties to resolve this
3  matter without incurring substantial fees, the parties hereby stipulate to postpone the actions and
4  filings required by Fed. P. Civ. Proc. 26(a)(1) and (f) and Patent LR 3 (Patent Initial Disclosures)
5  and 4 (Claim Construction Proceedings) for a period of ninety (90) days.

6  IT IS HEREBY STIPULATED between the parties that the Initial Case Management
7  Conference shall be continued to October 27, 2006 at 1:30 p.m. in Courtroom #2, 17th Floor,
8  Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a
9  Joint Case Management Statement on or before October 20, 2006.

10  IT IS HEREBY ALSO STIPULATED between the parties that this matter shall be
11  referred to this court's ADR mediation process under ADR LR 2-3 and that such mediation shall
12  occur no later than seventy-five (75) days from the date of this Order.

13  IT IS FURTHER STIPULATED between the parties that all deadlines contemplated by
14  Fed. R. Civ. Proc. 26(a) and (f) and Patent LR 3 and 4 shall be postponed for a period of ninety
15  (90) days.

16  IT IS SO STIPULATED.

    Dated: _June 13, 2006_                    DERGOSITS & NOAH LLP

                                              By: _____
                                              Michael E. Dergosits

                                              Four Embarcadero Center, Suite 1450
                                              San Francisco, CA 94111
                                              Telephone: 415-705-6377
                                              Facsimile: 415-705-6383

                                              Attorneys for Plaintiffs
                                              VINOVATION, INC. AND OENOVATION
                                              INTERNATIONAL LLC

STIPULATION AND [PROPOSED] ORDER PURSUANT TO ADR LR 2-3, CIVIL LR 16-2(e) RE: CONTINUANCE
OF INITIAL CASE MANAGEMENT CONFERENCE, AND RESCHEDULING OF FED. R. CIV. PROC. 26(f) AND
PATENT LOCAL RULE DATES
Case No. C 06 2026 JSW

2

| | | |
|---|---|---|
| 1 | Dated: June 13, 2006 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Judith S. H. Hom |
| 5 | | 1900 University Avenue |
| 6 | | East Palo Alto, CA 94303-2223 |
| 7 | | Telephone: 650-849-4400 |
| | | Facsimile: 650-849-4800 |
| 8 | | Attorneys for Defendant |
| 9 | | VA Filtration USA LLC |

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated: June 14, 2006                    _____
13                                           Hon. Jeffrey S. White