| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | R. DANNY HUNTINGTON |
| 2 | danny.huntingon@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 3 | judith.hom@bingham.com |
|   | SHEILA PIERCE (SBN 232610) |
| 4 | sheila.pierce@bingham.com |
|   | 1900 University Ave. |
| 5 | East Palo Alto, CA 94303-2223 |
|   | Telephone: (650) 849-4400 |
| 6 | Facsimile: (650) 849-4800 |
| 7 | Attorneys for Defendant VA Filtration USA LLC |
| 8 | DERGOSITS & NOAH LLP |
|   | Michael E. Dergosits (SBN 118206) |
| 9 | mdergosits@dergnoah.com |
|   | Omair M. Farooqui (SBN 207090) |
| 10 | ofarooqui@dergnoa.com |
|   | Four Embarcadero Center, Suite 1450 |
| 11 | Telephone: (415)705-6377 |
|   | Facsimile: (415)705-6383 |
| 12 | |
|   | Attorneys for Plaintiffs |
| 13 | Vinovation, Inc. and |
|   | Oenovation International LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VA FILTRATION USA LLC a California corporation, <br><br> Defendant. | No. CV06-02026 (JSW) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO STAY LITIGATION PENDING DECISION BY U.S. PATENT AND TRADEMARK OFFICE |

STIPULATION AND [~~PROPOSED~~] ORDER TO STAY LITIGATION CV 06-02026 (JSW)

PA/52189979.2/3004679-0000319498

1         WHEREAS, on March 16, 2006, this action for patent infringement was

2 commenced in United States District Court, Northern District of California, San Francisco

3 Division;

4         WHEREAS, on September 28, 2006, counsel for defendant VA Filtration USA

5 LLC, Judith S.H. Hom, Esq., filed a request for reexamination of U.S. Patent No. 5,480,665

6 ("Request for Reexamination") on defendant's behalf with the United States Patent and

7 Trademark Office ("PTO");

8         WHEREAS, the undersigned parties, through their counsel, have met, conferred

9 and agreed to stay the proceedings to the earlier of (1) ten court days after the PTO issues its

10 initial determination whether defendant's Request for Reexamination raises a substantial new

11 question of patentability affecting any claim of the patent-in-suit; or (2) three months from the

12 filing of defendant's Request for Reexamination; and

13         WHEREAS, good cause exists for the stay because: (1) A stay for the stipulated

14 period would not unduly prejudice or present a clear tactical disadvantage to either party; (2) The

15 parties have not yet engaged in any formal written discovery; (3) The parties have not taken any

16 depositions; (4) Dispositive motions have not been filed by either party; (5) The Court has not

17 yet set a trial date; and (6) A decision by the PTO to reexamine the patent-in-suit may

18 substantially affect the scope of discovery and simplify the issues in question and trial of the

19 case.

20         NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as

21 follows:

22     1.    All proceedings in this action will be stayed until the earlier of (1) ten court days

23 after the PTO issues a determination whether defendant's Request for Reexamination raises a

24 substantial new question of patentability affecting any claim of the patent-in-suit; or (2) three

25 months from the filing of defendant's Request for Reexamination.

26     2.    All actions and filings required by Federal Rules of Civil Procedure 26(a)(1) and

1  (f) and Patent Local Rules 3 and 4 are postponed for a period of ten (10) days from the date of
2  expiration of the stay.
3
4  DATED: October 6, 2006                BINGHAM McCUTCHEN LLP
5
6
7  By: /s/ Judith S. Hofton
8                                         Attorneys for Defendant
                                           VA Filtration USA LLC
9
10 DATED: October 6, 2006                DERGOSITS & NOAH LLP
11
12 By: /s/
13                                         Attorneys for Plaintiffs
                                           Vinovation Inc. and Oenovation International LLC
14
15
16
17
18 PURSUANT TO STIPULATION, IT IS SO ORDERED.
19 DATED: October 10, 2006              By: /s/ Jeffrey S. White
20                                         THE HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26

3

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION CV 06-02026 (JSW)

PA/52189979.1