| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>R. DANNY HUNTINGTON |
| 2 | danny.huntingon@bingham.com<br>JUDITH S. H. HOM (SBN 203482) |
| 3 | judith.hom@bingham.com<br>SHEILA PIERCE (SBN 232610) |
| 4 | sheila.pierce@bingham.com<br>1900 University Ave. |
| 5 | East Palo Alto, CA 94303-2223<br>Telephone: (650) 849-4400 |
| 6 | Facsimile: (650) 849-4800 |
| 7 | Attorneys for Defendant VA Filtration USA LLC |
| 8 | DERGOSITS & NOAH LLP<br>Michael E. Dergosits (SBN 118206) |
| 9 | mdergosits@dergnoah.com<br>Four Embarcadero Center, Suite 1450 |
| 10 | Telephone: (415)705-6377<br>Facsimile: (415)705-6383 |
| 11 | |
| 12 | Attorneys for Plaintiffs<br>Vinovation, Inc. and<br>Oenovation International LLC |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation, | No. CV06-02026 (JSW) |
| 19 | | STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION |
| 20 | Plaintiff, | PENDING DECISION BY U.S.<br>PATENT AND TRADEMARK OFFICE |
| 21 | v. | |
| 22 | VA FILTRATION USA LLC a California corporation, | |
| 23 | | |
| 24 | Defendant. | |

WHEREAS, on March 16, 2006, this action for patent infringement was

PA/52193295.1

---

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION CV 06-02026 (JSW)

1  commenced in United States District Court, Northern District of California, San Francisco
2  Division;
3        WHEREAS, on September 28, 2006, counsel for defendant VA Filtration USA
4  LLC, Judith S.H. Hom, Esq., filed a request for reexamination of U.S. Patent No. 5,480,665
5  ("'665 patent") ("Request for Reexamination") on defendant's behalf with the United States
6  Patent and Trademark Office ("PTO");
7        WHEREAS, on December 6, 2006, counsel for plaintiff and defendant have
8  received an Order Granting Request for Reexamination of the '665 patent.
9        WHEREAS, the undersigned parties, through their counsel, have met, conferred
10 and agreed to stipulate to stay the proceedings until twenty-one (21) days after the a Final
11 Determination of defendant's Request for Reexamination in order to file with the Court a request
12 to reschedule the Case Management Conference.
13       WHEREAS, good cause exists for the stay because: (1) A stay for the stipulated
14 period would not unduly prejudice or present a clear tactical disadvantage to either party; (2) The
15 parties have not yet engaged in any formal written discovery; (3) The parties have not taken any
16 depositions; (4) Dispositive motions have not been filed by either party; (5) The Court has not
17 yet set a trial date; and (6) A final determination on the reexamination of the '665 patent may
18 substantially affect the scope of discovery and simplify the issues in question and trial of the
19 case.
20
21       NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
22 follows:
23     1. All proceedings in this action will be stayed until twenty-one (21) days after a
24 Final Determination of the defendant's Request for Reexamination.
25 ///
26 ///

1    2.    All actions and filings required by Federal Rules of Civil Procedure 26(a)(1) and
2    (f) and Patent Local Rules 3 and 4 are rescheduled depending on the new date for the Case
3    Management Conference.
4
5    DATED: December 12, 2006          BINGHAM McCUTCHEN LLP
6
7
8                                     By: /s/ signature
9                                         Attorneys for Defendant
                                           VA Filtration USA LLC
10
11   DATED: December 14, 2006          DERGOSITS & NOAH LLP
12
13                                     By: /s/ Michael E. Dergosits
14                                         Attorneys for Plaintiffs
                                           Vinovation Inc. and Oenovation International LLC
15
16
17
18
19   PURSUANT TO STIPULATION, IT IS SO ORDERED.
20   DATED: December 14, 2006          By: /s/ Jeffrey S. White
21                                         THE HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26

PA/52193295.1                          3

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION CV 06-02026 (JSW)