IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINOVATION INC., et al.

    Plaintiffs,

v.

VA FILTRATION USA LLC.,

    Defendant.

No. C 06-02026 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On December 14, 2006, the Court granted the parties' stipulation to stay this action until twenty-one days after a Final Determination on Defendant's request for reexamination of U.S. Patent No. 5,480,665.

The Court HEREBY ORDERS the parties to submit joint status reports every 120 days until the stay is lifted, in which they apprise the Court of the status of the reexamination proceedings. The parties' first status report shall be due on July 6, 2007.

**IT IS SO ORDERED.**

Dated: June 15, 2007

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE