IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINOVATION INC., et al.

    Plaintiffs,

  v.

VA FILTRATION USA LLC.,

    Defendant.
_____/

No. C 06-02026 JSW

**ORDER RE JOINT STATUS REPORTS**

On December 14, 2006, the Court granted the parties' stipulation to stay this action until twenty-one days after a Final Determination on Defendant's request for reexamination of U.S. Patent No. 5,480,665, and ordered the parties to submit joint status reports every 120 days until the stay is lifted. The parties filed their first, and thus far, only status report on June 27, 2007, and stated that they would file their next updated status report on November 3, 2007. The Court has not received any further status reports.

Accordingly, the parties are HEREBY ORDERED to submit a joint status report by no later than March 7, 2008, and shall continue to submit status reports every 120 days thereafter until the stay is lifted. The Court has ordered these status reports so that the parties can apprise the Court of the status of the ongoing proceedings and when they expect the stay to be lifted. As //
//
//
//

such, the Court expects full compliance with this Order.

**IT IS SO ORDERED.**

Dated: February 27, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE