MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email:       mdergosits@dergnoah.com
Email:       tjoe@dergnoah.com

Attorneys for Plaintiffs
VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

Judith S. H. Hom (SBN 203482)
Sheila Pierce (SBN 232610)
BINGHAM McCUTCHEN LLP
1900 University Ave.
East Palo Alto, CA 94303-2223
Telephone:   (650) 849-4400
Facsimile:   (650) 849-4800
E-mail:      judith.hom@bingham.com
             sheila.pierce@bingham.com

Attorneys for Defendant
VA FILTRATION USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>　　　　　Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**JOINT INTERIM STATUS REPORT OF MAY 18, 2009**<br><br>**AND ORDER SETTING STATUS CONFERENCE** |

– 1 –

1  On December 14, 2006, this Court granted the parties' stipulation to stay this action until
2  twenty-one days after a Final Determination on Defendant's Request for Re-Examination of U.S.
3  Patent No. 5,480,665 (the '665 patent) (D.I. 28). On June 15, 2007, this Court issued an Order
4  Requiring Joint Status Reports (D.I. 29). The parties submitted Joint Status Reports on June 27,
5  2007 (D.I. 30); March 3, 2008 (D.I. 32); June 2, 2008 (D.I. 33); December 2, 2008 (D.I. 34); and
6  March 19, 2009 (D.I. 36). The Ex Parte Re-Examination Certificate for the '665 patent issued on
7  December 19, 2008 (see Exhibit A to D.I. 36).

Since the most recent Status Report, there has been an exchange of proposals to resolve the entire case. In order for the parties to finalize these discussions, the parties request a two week period to attempt to complete settlement of this action. The parties will submit an updated Joint Status Report on or before June 1, 2009.

Dated: May 18, 2009                    DERGOSITS & NOAH LLP

                                       By:    /s/
                                              Michael E. Dergosits

                                       Attorney for Plaintiffs VINOVATION, INC.
                                       and OENOVATION INTERNATIONAL LLC

Dated: May 18, 2009                    BINGHAM McCUTCHEN LLP

                                       By:    /s/
                                              Judith Hom

                                       Attorney for Defendant
                                       VA FILTRATION USA LLC

The request to continue the stay is GRANTED. The Court ORDERS the parties to appear for a status conference on June 12, 2009 at 1:30 p.m. The parties shall submit a joint status report by no later than June 5, 2009. Should the Court receive a proposed stipulation of dismissal, the case shall be terminated and the status conference vacated.

Dated: May 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

– 2 –