United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Vinovation, Inc.,

        Plaintiff,

  v.

VA Filtration USA LLC,

        Defendant.

_____/

No. CV06-02026 JSW

**AMENDED**
**ORDER SCHEDULING TRIAL AND**
**PRETRIAL MATTERS**

      Following the Case Management Conference, IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order.  It is further ORDERED that:

    **A.**    **DATES**

Jury Trial Date:  6/6/2011, at 8:00 a.m.,

Pretrial Conference:  Monday, 5/9/2011, at 2:00 p.m.

Last Day to Hear Dispositive Motions:  Friday, 2/11/2011, 9:00 a.m.

Last Day for Expert Discovery:  12/31/2010

Last Day for Expert Disclosure: 11/15/2010

Close of Non-expert Discovery: 8/27/2010

Claims Construction Tutorial: 2/17/2010 at 1:30 p.m.

**Claims Construction Hearing: 2/24/2010 at 1:30 p.m.**

    **B.**    **DISCOVERY**

      The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

1  non-expert discovery, lead counsel for each party shall serve and file a certification that all
2  supplementation has been completed.

3  **C.    ALTERNATIVE DISPUTE RESOLUTION**

4  This matter has been previously referred to court-connected mediation.  The parties shall
5  complete further mediation by December 31, 2009.  The parties shall promptly notify the Court
6  whether the case is resolved at the mediation.

7  **D.    PROCEDURE FOR AMENDING THIS ORDER**

8  No provision of this order may be changed except by written order of this court upon its
9  own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)
10  without a showing of very good cause.  If the modification sought is an extension of a deadline
11  contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties
12  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the
13  date of this order does not constitute good cause. The parties are advised that if they stipulate to
14  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule
15  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are
16  specifically set by the court may not be altered by stipulation; rather the parties must obtain
17  leave of Court.

18  **IT IS SO ORDERED.**

19
20  Dated:  August 11, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2