| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206)<br>TEDDY K. JOE (SBN 242589)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 750-6383<br>Email: mdergosits@dergnoah.com<br>Email: tjoe@dergnoah.com<br><br>Attorneys for Plaintiffs<br><br>VINOVATION, INC. and<br>OENOVATION INTERNATIONAL LLC | R. Danny Huntington (*pro hac vice*)<br>ROTHWELL, FIGG, ERNST &<br>MANBECK, P.C.<br>1425 K Street, N.W. Suite 800<br>Washington, D.C. 20005<br>Main No.: (202) 783-6040<br>Fax No.: (202) 783-6031<br>Email: dhuntington@rfem.com<br><br>JUDITH S.H. HOM (SBN 203482)<br>LAW OFFICE OF JUDITH S.H. HOM<br>236 West Portal Ave. #500<br>San Francisco, CA 94127<br>Telephone: (415) 845-6220<br>Facsimile: (415) 665-5933<br>Email: jshom@me.com<br><br>Attorneys for Defendant<br>VA FILTRATION USA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>　　　　Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADOPT N.D. CAL. PATENT LOCAL RULES IN EFFECT AS OF MARCH 1, 2008** |

　　　　WHEREAS, on March 16, 2006, this action for patent infringement was commenced in United States District Court, Northern District of California, San Francisco Division;

　　　　WHEREAS, the Patent Local Rules published on December 2000 currently apply to this action;

　　　　WHEREAS, the undersigned parties, through their counsel, met, conferred and agreed that the Patent Local Rules published on March 2008 should apply to this action.

STIPULATION AND [PROPOSED] ORDER
TO ADOPT N.D. CAL. PATENT LOCAL RULES IN
EFFECT AS OF MARCH 1, 2008　　　　　　　　　　1　　　　　　　　　　　Case No.: 3:06-cv-02026-JSW

NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED that the Patent Local Rules published on March 2008 should apply to this patent infringement action.

Dated: August 13, 2009         DERGOSITS & NOAH LLP

                               By:      /s/
                                   Michael E. Dergosits

                               Attorney for Plaintiffs
                               VINOVATION, INC. and OENOVATION
                               INTERNATIONAL LLC

Dated: August 13, 2009         LAW OFFICE OF JUDITH S.H. HOM

                               By:      /s/
                                   Judith Hom

                               Attorney for Defendant
                               VA FILTRATION USA LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 17, 2009         By: /s/ Jeffrey S. White
                               THE HONORABLE JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
TO ADOPT N.D. CAL. PATENT LOCAL RULES IN
EFFECT AS OF MARCH 1, 2008                    2                    Case No.: 3:06-cv-02026-JSW