1  MICHAEL E. DERGOSITS (SBN 118206)
   TEDDY K. JOE (SBN 242589)
2  DERGOSITS & NOAH LLP
   Three Embarcadero Center, Suite 410
3  San Francisco, CA 94111
   Telephone:   (415) 705-6377
4  Facsimile:   (415) 750-6383
   Email:       mdergosits@dergnoah.com
   Email:       tjoe@dergnoah.com
5
   Attorneys for Plaintiffs
6
   VINOVATION, INC. and
7  OENOVATION INTERNATIONAL LLC

   R. Danny Huntington (*pro hac vice*)
   ROTHWELL, FIGG, ERNST &
   MANBECK, P.C.
   1425 K Street, N.W. Suite 800
   Washington, D.C. 20005
   Main No.:   (202) 783-6040
   Fax No.:    (202) 783-6031
   Email:      dhuntington@rfem.com

   JUDITH S.H. HOM (SBN 203482)
   LAW OFFICE OF JUDITH S.H. HOM
   236 West Portal Ave. #500
   San Francisco, CA 94127
   Telephone:  (415) 845-6220
   Facsimile:  (415) 665-5933
   Email:      jshom@me.com

   Attorneys for Defendant
   VA FILTRATION USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER THEREON** |

STIP. REQUEST FOR ORDER ENLARGING
TIME PURSUANT TO CIVIL L.R. 6-2                           1                                Case No.: 3:06-cv-02026-JSW

1  WHEREAS, a Case Management Conference was held for this case on August 7, 2009;
2  and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11,
3  2009 (D.I. 49);

4  WHEREAS, pursuant to the Court's amended scheduling order, Plaintiff Vinovation,
5  Inc.'s Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent L.R. 3-1
6  are to be served on all parties by August 21, 2009; Defendant VA Filtration's Invalidity
7  Contentions pursuant to Patent L.R. 3-3 are to be served on all parties by October 5, 2009; and all
8  parties are to exchange Proposed Terms for Construction by October 19, 2009, pursuant to Patent
9  L.R. 4-1;

10  WHEREAS, the parties recently re-opened settlement discussions, and Defendant's
11  Principals are overseas, delaying the exchange of proposals.

12  WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service
13  of Patent L.R. 3-1 Disclosures, Patent L.R. 3-3 Disclosures and Patent L.R. 4-1 Terms should be
14  extended for a two week period as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1, 3-2) | August 21, 2009 | September 4, 2009 |
| Invalidity Contentions (Patent L R. 3-3, 3-4) | October 5, 2009 | October 19, 2009 |
| Proposed Terms for Construction(Patent L.R. 4-16) | October 14, 2009 | October 28, 2009; |

Other Patent Local Rule Deadlines, Trial Dates and Pretrial Dates set by the court in its August 11, 2009 Order will not be effected.

STIP. REQUEST FOR ORDER ENLARGING
TIME PURSUANT TO CIVIL L.R. 6-2              2                         Case No.: 3:06-cv-02026-JSW

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for exchanging of Disclosure of Asserted Claims and Infringement Contentions shall be extended to September 4, 2009; the date for exchanging Invalidity Contentions shall be extended to October 19, 2009; and the date for exchanging Proposed Terms for Construction shall be extended to October 28, 2009.

Dated: August 14, 2009        DERGOSITS & NOAH LLP

By:      /s/
         Michael E. Dergosits

Attorney for Plaintiffs
VINOVATION, INC. and OENOVATION
INTERNATIONAL LLC

Dated: August 14, 2009        LAW OFFICE OF JUDITH S.H. HOM

By:      /s/
         Judith Hom

Attorney for Defendant
VA FILTRATION USA LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 17, 2009        By: /s/ Jeffrey S. White
                              THE HONORABLE JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE