| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206)<br>TEDDY K. JOE (SBN 242589)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone:  (415) 705-6377<br>Facsimile:  (415) 750-6383<br>Email:  mdergosits@dergnoah.com<br>Email:  tjoe@dergnoah.com<br><br>Attorneys for Plaintiffs<br><br>VINOVATION, INC. and<br>OENOVATION INTERNATIONAL LLC | ROTHWELL, FIGG, ERNST &<br>MANBECK, P.C.<br>R. Danny Huntington (*pro hac vice*)<br>1425 K Street, N.W. Suite 800<br>Washington, D.C. 20005<br>Main No.:  (202) 783-6040<br>Fax No.:  (202) 783-6031<br>Email:  dhuntington@rfem.com<br><br>LAW OFFICE OF JUDITH S.H. HOM<br>JUDITH S.H. HOM (SBN 203482)<br>236 West Portal Ave. #500<br>San Francisco, CA 94127<br>Telephone:  (415) 845-6220<br>Facsimile:  (415) 665-5933<br>Email:  jshom@me.com<br><br>Attorneys for Defendant<br>VA FILTRATION USA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>        Plaintiffs,<br>  v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>        Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2**<br>    **AND ORDER THEREON** |

1    WHEREAS, a Case Management Conference was held for this case on August 7, 2009; and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11, 2009 (D.I. 49);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on August 14, 2009 (D.I. 52) and the Order granted on August 17, 2009 (D.I. 54);

WHEREAS, pursuant to the Court's Order Enlarging Time and the previous amended scheduling order, Defendant VA Filtration USA LLC's Invalidity Contentions pursuant to Patent L.R. 3-3 are to be served on all parties by October 19, 2009; and all parties are to exchange Proposed Terms for Construction pursuant to Patent L.R. 4-1 by October 28, 2009 and Preliminary Claim Constructions pursuant to Patent L.R. 4-2 by November 9, 2009;

WHEREAS, the parties recently re-opened settlement discussions and are in active communications;

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of Patent L.R. 3-3 Disclosures, Patent L.R. 4-1 Terms and the Patent L.R. 4-2 Preliminary Claim Constructions should be extended for a two week period as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Invalidity Contentions (Patent L R. 3-3, 3-4) | October 19, 2009 | November 2, 2009 |
| Proposed Terms for Construction (Patent L.R. 4-16) | October 28, 2009; | November 11, 2009 |
| Preliminary Claim Construction (Patent L.R. 4-4) | November 9, 2009 | November 23, 2009 |

Other Patent Local Rule Deadlines, Trial Dates and Pretrial Dates set by the court in its August 11, 2009 Order will not be effected.

STIP. REQ. FOR ORDER ENL. TIME                                               Case No.: 3:06-cv-02026-JSW
1

1    NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for
2 serving Invalidity Contentions shall be extended to November 2, 2009; and the date for
3 exchanging Proposed Terms for Construction shall be extended to November 11, 2009; and the
4 date for exchanging Preliminary Claim Construction shall be extended to November 23, 2009.

5

6 Dated: October 19, 2009                    LAW OFFICE OF JUDITH S.H. HOM

7

8                                             By:      /s/
                                                    Judith Hom
9
                                              Attorney for Defendant
10                                            VA FILTRATION USA LLC

11

12 Dated: October 19, 2009                    DERGOSITS & NOAH LLP

13

14                                            By:      /s/
                                                    Michael E. Dergosits
15
                                              Attorney for Plaintiffs VINOVATION, INC.
16                                            and OENOVATION INTERNATIONAL
                                              LLC

17

18

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21 DATED:  October 20, 2009        By: /s/ Jeffrey S. White
                                              THE HONORABLE JEFFREY S. WHITE
22                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIP. REQ. FOR ORDER ENL. TIME                                    Case No.: 3:06-cv-02026-JSW
                                     - 2 -