1 | August 11, 2009 Order will not be effected.

2 |     NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for
3 | serving Invalidity Contentions shall be extended to November 9, 2009; and the date for
4 | exchanging Proposed Terms for Construction shall be extended to November 18, 2009; and the
5 | date for exchanging Preliminary Claim Construction shall be extended to November 30, 2009.

7 | Dated: October 30, 2009      LAW OFFICE OF JUDITH S.H. HOM

9 | By:    /s/
    Judith Hom

Attorney for Defendant
VA FILTRATION USA LLC

13 | Dated: October 30, 2009      DERGOSITS & NOAH LLP

15 | By:    /s/
    Michael E. Dergosits

Attorney for Plaintiffs VINOVATION, INC.
and OENOVATION INTERNATIONAL
LLC

20 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 | DATED: November 2, 2009      By: /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

WHEREAS, a Case Management Conference was held for this case on August 7, 2009; and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11, 2009 (D.I. 49);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on August 14, 2009 (D.I. 52) and the Order granted on August 17, 2009 (D.I. 54);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on October 19, 2009 (D.I. 55) and the Order granted on October 20, 2009 (D.I. 56);

WHEREAS, pursuant to the Court's Order Enlarging Time and the previous amended scheduling order, Defendant VA Filtration USA LLC's Invalidity Contentions pursuant to Patent L.R. 3-3 are to be served on all parties by November 2, 2009; and all parties are to exchange Proposed Terms for Construction pursuant to Patent L.R. 4-1 by November 11, 2009 and Preliminary Claim Constructions pursuant to Patent L.R. 4-2 by November 23, 2009;

WHEREAS, the parties have reached an agreement in principle on the key terms of a settlement of this matter, and are currently working diligently on reducing the key terms of a settlement agreement to writing;

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of Patent L.R. 3-3 Disclosures, Patent L.R. 4-1 Terms and the Patent L.R. 4-2 Preliminary Claim Constructions should be extended for a one week period as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Invalidity Contentions (Patent L R. 3-3, 3-4) | November 2, 2009 | November 9, 2009 |
| Proposed Terms for Construction (Patent L.R. 4-16) | November 11, 2009 | November 18, 2009 |
| Preliminary Claim Construction (Patent L.R. 4-4) | November 23, 2009 | November 30, 2009 |

Other Patent Local Rule Deadlines, Trial Dates and Pretrial Dates set by the court in its

| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206) | ROTHWELL, FIGG, ERNST & |
| TEDDY K. JOE (SBN 242589) | MANBECK, P.C. |
| DERGOSITS & NOAH LLP | R. Danny Huntington (*pro hac vice*) |
| Three Embarcadero Center, Suite 410 | 1425 K Street, N.W. Suite 800 |
| San Francisco, CA 94111 | Washington, D.C. 20005 |
| Telephone:   (415) 705-6377 | Main No.:   (202) 783-6040 |
| Facsimile:   (415) 750-6383 | Fax No.:   (202) 783-6031 |
| Email:   mdergosits@dergnoah.com | Email:   dhuntington@rfem.com |
| Email:   tjoe@dergnoah.com | |

Attorneys for Plaintiffs

VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

LAW OFFICE OF JUDITH S.H. HOM
JUDITH S.H. HOM (SBN 203482)
236 West Portal Ave. #500
San Francisco, CA 94127
Telephone:   (415) 845-6220
Facsimile:   (415) 665-5933
Email:   jshom@me.com

Attorneys for Defendant
VA FILTRATION USA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2**<br><br>AND ORDER THEREON |

STIP. REQ. FOR ORDER ENL. TIME                                                                          Case No.: 3:06-cv-02026-JSW