1   MICHAEL E. DERGOSITS (SBN 118206)
2   TEDDY K. JOE (SBN 242589)
    DERGOSITS & NOAH LLP
3   Three Embarcadero Center, Suite 410
    San Francisco, CA 94111
    Telephone:    (415) 705-6377
4   Facsimile:    (415) 750-6383
    Email:    mdergosits@dergnoah.com
5   Email:    tjoe@dergnoah.com

    Attorneys for Plaintiffs
6
    VINOVATION, INC. and
7   OENOVATION INTERNATIONAL LLC

8

9

ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
R. Danny Huntington (*pro hac vice*)
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
Main No.:    (202) 783-6040
Fax No.:    (202) 783-6031
Email:    dhuntington@rfem.com

LAW OFFICE OF JUDITH S.H. HOM
JUDITH S.H. HOM (SBN 203482)
236 West Portal Ave. #500
San Francisco, CA 94127
Telephone:    (415) 845-6220
Facsimile:    (415) 665-5933
Email:    jshom@me.com

Attorneys for Defendant
VA FILTRATION USA LLC

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13   VINOVATION, INC., a California          Civil Action No.: 3:06-cv-02026-JSW
     corporation, and OENOVATION
14   INTERNATIONAL LLC, a California          **STIPULATED REQUEST FOR**
     corporation,                             **FOURTH ORDER ENLARGING TIME**
15                                            **PURSUANT TO CIVIL L.R. 6-2**
                Plaintiffs,                   **AND ORDER THEREON**
16
            v.
17
     VA FILTRATION USA LLC, a California
18   corporation,

19              Defendant.

20

21

22

23

24

25

26

27

28

WHEREAS, a Case Management Conference was held for this case on August 7, 2009; and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11, 2009 (D.I. 49);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on August 14, 2009 (D.I. 52) and the Order granted on August 17, 2009 (D.I. 54);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on October 19, 2009 (D.I. 55) and the Order granted on October 20, 2009 (D.I. 56);

WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2 was filed on October 30, 2009 (D.I. 57) and the Order granted on November 2, 2009 (D.I. 58);

WHEREAS, pursuant to the Court's Order Enlarging Time and the previous amended scheduling order, Defendant VA Filtration USA LLC's Invalidity Contentions pursuant to Patent L.R. 3-3 are to be served on all parties by November 9, 2009; and all parties are to exchange Proposed Terms for Construction pursuant to Patent L.R. 4-1 by November 18, 2009 and Preliminary Claim Constructions pursuant to Patent L.R. 4-2 by November 30, 2009;

WHEREAS, the parties exchanged multiple drafts of a Memorandum of Understanding ("MOU") and are currently working diligently on finalizing the MOU and then preparing a complete settlement agreement;

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of Patent L.R. 3-3 Disclosures, Patent L.R. 4-1 Terms and the Patent L.R. 4-2 Joint Claim Construction Statement should be extended for a thirty day period as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Invalidity Contentions (Patent L.R. 3-3, 3-4) | November 9, 2009 | December 9, 2009 |
| Proposed Terms for Construction (Patent L.R. 4-1(a)) | November 18, 2009 | December 18, 2009 |
| File Joint Claim Construction Statement (Patent L.R. 4-4) | November 30, 2009 | December 30, 2009 |

STIP. REQ. FOR FOURTH ORDER ENL. TIME                      Case No.: 3:06-cv-02026-JSW

1    Other Patent Local Rule Deadlines, Trial Dates and Pretrial Dates set by the court in its

2    August 11, 2009 Order will not be effected.

3    NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for

4    serving Invalidity Contentions shall be extended to December 9, 2009; and the date for

5    exchanging Proposed Terms for Construction shall be extended to December 18, 2009; and the

6    date for filing the Joint Claim Construction Statement shall be extended to December 30, 2009.

7

8    Dated: November 9, 2009                    ROTHWELL, FIGG, ERNST &
                                                MANBECK
9

10                                      By:    _____/s/_____
11                                             Danny Huntington

12                                             Attorney for Defendant
                                               VA FILTRATION USA LLC
13

14   Dated: November 9, 2009                    DERGOSITS & NOAH LLP

15

16                                      By:    _____/s/_____
                                               Michael E. Dergosits
17
                                               Attorney for Plaintiffs VINOVATION, INC.
18                                             and OENOVATION INTERNATIONAL
                                               LLC
19

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23   DATED: ___November 10, 2009___      By:_____
                                               THE HONORABLE JEFFREY S. WHITE
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

STIP. REQ. FOR FOURTH ORDER ENL. TIME                        Case No.: 3:06-cv-02026-JSW