| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | Sheila M. Pierce (SBN 232610) |
| 2 | sheila.pierce@bingham.com |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 4 | Facsimile:  650.849.4800 |
| 5 | Attorneys for Defendant |
|   | VA FILTRATION USA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation, | No. 3:06-cv-02026-JSW |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL AND ~~PROPOSED~~ ORDER |
| v. | |
| VA FILTRATION USA LLC, a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that as of May 4, 2009, Bingham McCutchen LLP, and specifically Sheila M. Pierce, are no longer counsel for Defendant VA Filtration USA LLC in this matter. Defendant VA Filtration USA LLC has been aware of counsel's withdrawal since May 4, 2009. Since May 4, 2009, R. Danny Huffington, Rothwell Figg Ernst & Manbeck, PC, 1425 K Street, N.W., Suite 800, Washington, DC  20005, has and will continue to act as lead counsel for Defendant VA Filtration USA LLC in this matter. Sheila Pierce and Bingham McCutchen LLP respectfully request the Court grant this request to withdraw from the case.

1  DATED:  November 12, 2009

2
                                        Bingham McCutchen LLP
3

4

5                                       By:         /s/ Sheila M. Pierce
                                                Sheila M. Pierce
6                                              Attorneys for Defendant
                                               VA FILTRATION USA LLC
7

8                                  **ORDER**

9       The Court hereby approves the withdrawal of Sheila M. Pierce as counsel for

10  Defendant VA Filtration USA LLC.

11  Dated:   __November 13, 2009__, 2009         _Jeffrey S. White_____

12                                                  Honorable Jeffrey S. White

13