| | |
|---|---|
| MICHAEL E. DERGOSITS (SBN 118206)<br>TEDDY K. JOE (SBN 242589)<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 750-6383<br>Email: mdergosits@dergnoah.com<br>Email: tjoe@dergnoah.com<br><br>Attorneys for Plaintiffs<br><br>VINOVATION, INC. and<br>OENOVATION INTERNATIONAL LLC | ROTHWELL, FIGG, ERNST &<br>MANBECK, P.C.<br>R. Danny Huntington (*pro hac vice*)<br>1425 K Street, N.W. Suite 800<br>Washington, D.C. 20005<br>Main No.: (202) 783-6040<br>Fax No.: (202) 783-6031<br>Email: dhuntington@rfem.com<br><br>LAW OFFICE OF JUDITH S.H. HOM<br>JUDITH S.H. HOM (SBN 203482)<br>236 West Portal Ave. #500<br>San Francisco, CA 94127<br>Telephone: (415) 845-6220<br>Facsimile: (415) 665-5933<br>Email: jshom@me.com<br><br>Attorneys for Defendant<br>VA FILTRATION USA LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOVATION, INC., a California corporation, and OENOVATION INTERNATIONAL LLC, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VA FILTRATION USA LLC, a California corporation,<br><br>　　　　　Defendant. | Civil Action No.: 3:06-cv-02026-JSW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2**<br><br>**AND ORDER THEREON** |

1    WHEREAS, a Case Management Conference was held for this case on August 7, 2009;
2    and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11,
3    2009 (D.I. 49);

4    WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
5    was filed on August 14, 2009 (D.I. 52) and the Order granted on August 17, 2009 (D.I. 54);

6    WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
7    was filed on October 19, 2009 (D.I. 55) and the Order granted on October 20, 2009 (D.I. 56);

8    WHEREAS a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
9    was filed on October 30, 2009 (D.I. 57) and the Order granted on November 2, 2009 (D.I. 58);

10   WHEREAS a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
11   was filed on November 9, 2009 (D.I. 59) and the Order granted on November 10, 2009 (D.I. 60);

12   WHEREAS, pursuant to the Court's Order Enlarging Time and the previous amended
13   scheduling order, Defendant VA Filtration USA LLC's Invalidity Contentions pursuant to Patent
14   L.R. 3-3 are to be served on all parties by December 9, 2009; and all parties are to exchange
15   Proposed Terms for Construction pursuant to Patent L.R. 4-1 by December 18, 2009 and
16   Preliminary Claim Constructions pursuant to Patent L.R. 4-2 by December 30, 2009;

17   WHEREAS, the parties have finalized and executed today a Memorandum of
18   Understanding (MOU) that provides the basis of the settlement agreement and are in the process
19   of working diligently to meet the obligations of the MOU including placing funds into escrow for
20   settlement;

21   WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service
22   of Patent L.R. 3-3 Disclosures, Patent L.R. 4-1 Terms and the Patent L.R. 4-2 Preliminary Claim
23   Constructions should be extended for a one month period as agreed to in the MOU:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Invalidity Contentions (Patent L R. 3-3, 3-4) | December 9, 2009 | January 8, 2010 |
| Proposed Terms for Construction (Patent L.R. 4-16) | December 18, 2009 | January 18, 2010 |

STIP. REQ. FOR ORDER ENL. TIME                                    Case No.: 3:06-cv-02026-JSW
1

| | | |
|---|---|---|
| Preliminary Claim Construction (Patent L.R. 4-4) | December 30, 2009 | January 29, 2010 |

WHEREAS, the Amended Order Scheduling Trial and Pretrial Matters on August 11, 2009 (D.I. 49) set the dates for service of Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement due on December 4, 2009, Patent L.R. 4-4 for Discovery on Claim Construction to be complete by January 4, 2010, Patent L.R. 4-5(a) for filing and exchanging the Claim Construction Brief on January 18, 2010, Patent L.R. 4-5(b) for filing and exchanging the Response to the Claim Construction Brief on February 1, 2010, Patent L.R. 4-5(c) for filing and exchanging the Reply to the Claim Construction Brief on February 10, 2010, and the Tutorial for the Court on February 17, 2010.

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of Patent L.R. 4-3 Joint Claim Construction Prehearing Statement, Patent L.R. 4-4 Date to Complete Claim Construction Discovery, Patent L.R. 4-5(a) Claim Construction Brief, Patent L.R. 4-5(b) Response to Claim Construction Brief and the Patent L.R. 4-5(c) Reply to Claim Construction Brief should be extended pursuant to the MOU as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | December 4, 2009 | January 29, 2010 |
| Last Day to Complete All Discovery Relating to Claim Construction (Patent L.R. 4-4) | January 4, 2010 | February 4, 2010 |
| Claim Construction Brief (Patent L.R. 4-5(a)) | January 18, 2010 | February 18, 2010 |
| Response to Claim Construction Brief (Patent L.R. 4-5(b)) | February 1, 2010 | March 1, 2010 |
| Reply to Claim Construction Brief | February 10, 2010 | March 10, 2010 |

| | | |
|---|---|---|
| (Patent L.R. 4-5(c)) | | |
| Tutorial (Court Set) | February 17, 2010 | TBD by Court |

Other Patent Local Rule Deadlines, Patent Trial Dates, and Pretrial Dates set by the Court in its August 11, 2009 Order will not be affected.

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for serving Invalidity Contentions shall be extended to January 8, 2010; and the date for exchanging Proposed Terms for Construction shall be extended to January 18, 2010; date for exchanging Preliminary Claim Construction shall be extended to January 29, 2010; date for filing a Joint Claim Construction Statement shall be extended to January 29, 2010; the Last Day to Complete All Discovery Relating to Claim Construction shall be extended to February 4, 2010; date for filing and exchanging the Claim Construction Brief shall be extended to February 18, 2010; date for filing and exchanging the Response to the Claim Construction Brief shall be extended to March 1, 2010; the date for filing and exchanging the Reply to Claim Construction Brief shall be extended to March 10, 2010; and the date for the Tutorial for the Court to be reset by the Court for the date of <u>March 24, 2010 at 1:30 p.m.; Claims Cons</u>truction hearing on March 31, 2010 at 1:30 p.m.

Dated: December 9, 2009                         LAW OFFICE OF JUDITH S.H. HOM

                                        By:      /s/
                                                Judith Hom

                                                Attorney for Defendant
                                                VA FILTRATION USA LLC

Dated: December 9, 2009                         DERGOSITS & NOAH LLP

                                        By:      /s/
                                                Michael E. Dergosits

STIP. REQ. FOR ORDER ENL. TIME                              Case No.: 3:06-cv-02026-JSW
- 3 -

1                                             Attorney for Plaintiffs VINOVATION, INC. and OENOVATION INTERNATIONAL LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 10, 2009      By: /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP. REQ. FOR ORDER ENL. TIME             - 4 -             Case No.: 3:06-cv-02026-JSW