1  MICHAEL E. DERGOSITS (SBN 118206)
   TEDDY K. JOE (SBN 242589)
2  DERGOSITS & NOAH LLP
   Three Embarcadero Center, Suite 410
3  San Francisco, CA 94111
   Telephone:   (415) 705-6377
4  Facsimile:   (415) 750-6383
   Email:       mdergosits@dergnoah.com
   Email:       tjoe@dergnoah.com
5
   Attorneys for Plaintiffs
6
   VINOVATION, INC. and
7  OENOVATION INTERNATIONAL LLC

   R. DANNY HUNTINGTON (*pro hac vice*)
   ROTHWELL, FIGG, ERNST &
   MANBECK, P.C.
   1425 K Street, N.W. Suite 800
   Washington, D.C. 20005
   Main No.:    (202) 783-6040
   Fax No.:     (202) 783-6031
   Email:       dhuntington@rfem.com

   JUDITH S.H. HOM (SBN 203482)
   LAW OFFICE OF JUDITH S.H. HOM
   236 West Portal Ave. #500
   San Francisco, CA 94127
   Telephone:   (415) 845-6220
   Facsimile:   (415) 665-5933
   Email:       jshom@me.com

   Attorneys for Defendant
   VA FILTRATION USA LLC

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  VINOVATION, INC., a California           Civil Action No.: 3:06-cv-02026-JSW
    corporation, and OENOVATION
14  INTERNATIONAL LLC, a California          **AMENDED STIPULATED REQUEST**
    corporation,                             **FOR ORDER ENLARGING TIME**
15                                           **PURSUANT TO CIVIL L.R. 6-2**
              Plaintiffs,                    **AND ORDER THEREON**
16       v.

17  VA FILTRATION USA LLC, a California
    corporation,
18
              Defendant.
19

1  WHEREAS, a Case Management Conference was held for this case on August 7, 2009;
2  and the Court issued an Amended Order Scheduling Trial and Pretrial Matters on August 11,
3  2009 (D.I. 49);
4  WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
5  was filed on August 14, 2009 (D.I. 52) and the Order granted on August 17, 2009 (D.I. 54);
6  WHEREAS, a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
7  was filed on October 19, 2009 (D.I. 55) and the Order granted on October 20, 2009 (D.I. 56);
8  WHEREAS a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
9  was filed on October 30, 2009 (D.I. 57) and the Order granted on November 2, 2009 (D.I. 58);
10 WHEREAS a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
11 was filed on November 9, 2009 (D.I. 59) and the Order granted on November 10, 2009 (D.I. 60);
12 WHEREAS a Stipulated Request for an Order Enlarging Time pursuant to Civil L.R. 6-2
13 was filed on December 9, 2009 (D.I. 63) and the Order granted on December 10, 2009 (D.I. 64);
14 WHEREAS, pursuant to the Court's Order Enlarging Time and the previous amended
15 scheduling order, the parties are to exchange Preliminary Claim Constructions pursuant to Patent
16 L.R. 4-2 by January 29, 2010;
17 WHEREAS, the parties have not been able to resolve the dispute via the previous draft
18 agreement, the parties exchanged a list of terms to be construed on January 18, 2010, and the
19 parties have recently re-engaged in settlement discussions to see if they can reach a new
20 agreement to resolve this case;
21 WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service
22 exchange of Patent L.R. 4-2 Preliminary Claim Constructions should be extended for 10 days:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Preliminary Claim Construction (Patent L.R. 4-4) | January 29, 2010 | February 8, 2010 |

26 WHEREAS, the December 10, 2009 Order Enlarging Time pursuant to Civil L.R. 6-2
27 (D.I. 64) set the dates for service of Patent L.R. 4-3 Joint Claim Construction and Prehearing
28 Statement due on January 29, 2010, Patent L.R. 4-4 for Discovery on Claim Construction to be


complete by February 4, 2010, Patent L.R. 4-5(a) for filing and exchanging the Claim Construction Brief on February 18, 2010, Patent L.R. 4-5(b) for filing and exchanging the Response to the Claim Construction Brief on March 1, 2010, Patent L.R. 4-5(c) for filing and exchanging the Reply to the Claim Construction Brief on March 10, 2010, the Tutorial for the Court on March 24, 2010, and the Claim Construction for March 31, 2010; and,

WHEREAS, the undersigned counsel, met, conferred and agreed that the dates for service of Patent L.R. 4-3 Joint Claim Construction Prehearing Statement, Patent L.R. 4-4 Date to Complete Claim Construction Discovery, Patent L.R. 4-5(a) Claim Construction Brief, Patent L.R. 4-5(b) Response to Claim Construction Brief and the Patent L.R. 4-5(c) Reply to Claim Construction Brief should be extended according to the dates in the New Deadline Column:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Joint Claim Construction and Prehearing Statement (Patent L R. 4-3) | January 29, 2010 | February 9, 2010 |
| Last Day to Complete All Discovery Relating to Claim Construction (Patent L.R. 4-4) | February 4, 2010 | February 22, 2010 |
| Claim Construction Brief (Patent L.R. 4-5(a)) | February 18, 2010 | February 22, 2010 |
| Response to Claim Construction Brief (Patent L.R. 4-5(b)) | March 1, 2010 | March 4, 2010 |
| Reply to Claim Construction Brief (Patent L.R. 4-5(c)) | March 10, 2010 | March 11, 2010 |
| Tutorial (Court Set) | March 24, 2010 | March 24, 2010 |

AMENDED STIP. REQ. FOR ORDER ENL. TIME     Case No.: 3:06-cv-02026-JSW

1  Other Patent Local Rule Deadlines, Patent Trial Dates, and Pretrial Dates set by the Court
2  in its August 11, 2009 Order will not be affected.
3  NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for
4  exchanging Preliminary Claim Construction shall be extended to February ~~8~~ 9, 2010; date for filing
5  a Joint Claim Construction Statement shall be extended to February ~~8~~ 9, 2010; the Last Day to
6  Complete All Discovery Relating to Claim Construction shall be extended to February 22, 2010;
7  date for filing and exchanging the Claim Construction Brief shall be extended to February 22,
8  2010; date for filing and exchanging the Response to the Claim Construction Brief shall be
9  extended to March 4, 2010; the date for filing and exchanging the Reply to Claim Construction
10 Brief shall be extended to March 11, 2010.

12 Dated: February 2, 2010                    LAW OFFICE OF JUDITH S.H. HOM

14                                            By:        /s/
                                                   Judith Hom
15
                                              Attorney for Defendant
16                                            VA FILTRATION USA LLC

18 Dated: February 2, 2010                    DERGOSITS & NOAH LLP

20                                            By:        /s/
                                                   Michael E. Dergosits
21
                                              Attorney for Plaintiffs VINOVATION, INC.
22                                            and OENOVATION INTERNATIONAL
                                              LLC

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25
26 DATED: February 2, 2010                    By: /s/ Jeffrey S. White
                                              THE HONORABLE JEFFREY S. WHITE
27                                            UNITED STATES DISTRICT JUDGE