MICHAEL E. DERGOSITS (SBN 118206)
TEDDY K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:    (415) 705-6377
Facsimile:    (415) 750-6383
Email:        mdergosits@dergnoah.com
Email:        tjoe@dergnoah.com

EDWARD W. GOLDSTEIN (*pro hac vice*)
ALISA A. LIPSKI ( *pro hac vice* )
JODY M. GOLDSTEIN ( *pro hac vice* )
GOLDSTEIN, FAUCETT & PREBEG L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1735
E-mail: egoldstein@gfpiplaw.com
        alipski@gfpiplaw.com
        jgoldstein@gfpiplaw.com

Attorneys for Plaintiffs

VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

R. DANNY HUNTINGTON (*pro hac vice*)
BRIAN TOLLEFSON (*pro hac vice*)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
Main No.:     (202) 783-6040
Fax No.:      (202) 783-6031
Email:        dhuntington@rfem.com

LAW OFFICE OF JUDITH S.H. HOM
JUDITH S.H. HOM (SBN 203482)
236 West Portal Ave. #500
San Francisco, CA 94127
Telephone:    (415) 845-6220
Facsimile:    (415) 665-5933
Email:        jshom@me.com

Attorneys for Defendant
VA FILTRATION USA LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **VINOVATION, INC., a California corporation and OENOVATION INTERNATIONAL LLC, a California corporation**<br><br>                    **Plaintiffs,**<br><br>        vs.<br><br>**VA FILTRATION USA LLC, a California corporation,**<br>                    **Defendant.** | Case No.: 3:06-cv-02026-JSW<br><br>~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR 30-DAY CONDITIONAL DISMISSAL<br>**[F.R.C.P. 41(a)]**<br><br>Honorable Jeffrey  S. White |

1    In consideration of the parties' request for a voluntary 30-day Conditional Dismissal with

2    prejudice of the above entitled action, under Federal Rule of Civil Procedure 41(a), the current

3    schedule shall be vacated and this action conditionally dismissed with prejudice, unless

4    reinstated by any party within thirty (30) days from the date of this Order.   Plaintiffs or

5    Defendant may restore this matter to the Court's active docket in the event that the parties fail to

6    fully execute a written settlement agreement within 30 days from the date of this Order.

7

8    IT IS SO ORDERED.

9

10

11   Date:___February 18, 2010_____        _____

12                                                   THE HONORABLE JEFFREY S. WHITE
                                                     United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING REQUEST FOR 30-DAY CONDITIONAL DISMISSAL
Civil Action No.: 3:06-cv-02026-JSW                                              2