MICHAEL E. DERGOSITS (SBN 118206)
TEDDY K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email:       mdergosits@dergnoah.com
Email:       tjoe@dergnoah.com

EDWARD W. GOLDSTEIN (*pro hac vice*)
ALISA A. LIPSKI ( *pro hac vice* )
JODY M. GOLDSTEIN ( *pro hac vice* )
GOLDSTEIN, FAUCETT & PREBEG L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1735
E-mail: egoldstein@gfpiplaw.com
        alipski@gfpiplaw.com
        jgoldstein@gfpiplaw.com

Attorneys for Plaintiffs

VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

R. DANNY HUNTINGTON (*pro hac vice*)
BRIAN TOLLEFSON (*pro hac vice*)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
Main No.:   (202) 783-6040
Fax No.:    (202) 783-6031
Email:      dhuntington@rfem.com

LAW OFFICE OF JUDITH S.H. HOM
JUDITH S.H. HOM (SBN 203482)
236 West Portal Ave. #500
San Francisco, CA 94127
Telephone:   (415) 845-6220
Facsimile:   (415) 665-5933
Email:       jshom@me.com

Attorneys for Defendant
VA FILTRATION USA LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **VINOVATION, INC.**, a California corporation and **OENOVATION INTERNATIONAL LLC**, a California corporation<br><br>            Plaintiffs,<br><br>      vs.<br><br>**VA FILTRATION USA LLC**, a California corporation,<br><br>            Defendant. | Case No.: 3:06-cv-02026-JSW<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF CONDITIONAL DISMISSAL<br><br>[F.R.C.P. 41(a)]<br><br>Honorable Jeffrey S. White |

On February 18, 2010, the Court entered an Order (D.I. No. 91) for a voluntary 30-day Conditional Dismissal with prejudice of the above entitled action, under Federal Rule of Civil Procedure 41(a). The Order provided that Plaintiffs or Defendant could restore this matter to the Court's active docket in the event that the parties fail to fully execute a written settlement agreement within 30 days from the date of this Order. The parties are in agreement about the terms of the settlement and have reduced the agreement to a writing ready to be signed by the parties. However, the transaction contemplated by the settlement requires the consent of a third party. The third party was requested to provide the necessary consent on March 19, 2010, once the parties had finalized the language of the settlement agreement. In order to provide the third party with a reasonable time to review and consent to the proposed transaction, the parties hereby stipulate and request the Court to extend the February 18, 2010 Order (D.I. No. 91) for fifteen (15) additional days.

IT IS SO STIPULATED.

Dated: March 22, 2010            DERGOSITS & NOAH LLP

                                 By:      /s/
                                       Michael E. Dergosits

                                 Attorney for Plaintiffs VINOVATION, INC.
                                 and OENOVATION INTERNATIONAL
                                 LLC


Dated: March 22, 2010            LAW OFFICE OF JUDITH S.H. HOM

                                 By:      /s/
                                       Judith Hom

                                 Attorney for Defendant
                                 VA FILTRATION USA LLC

[PROPOSED] ORDER GRANTING 30-DAY EXTENSION OF CONDITIONAL DISMISSAL
Civil Action No.: 3:06-cv-02026-JSW                                               2

1 | Pursuant to Stipulation, IT IS SO ORDERED.

Date: March 23, 2010

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER GRANTING 30-DAY EXTENSION OF CONDITIONAL DISMISSAL
Civil Action No.: 3:06-cv-02026-JSW                                              3