MICHAEL E. DERGOSITS (SBN 118206)
TEDDY K. JOE (SBN 242589)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:  (415) 705-6377
Facsimile:  (415) 750-6383
Email:  mdergosits@dergnoah.com
Email:  tjoe@dergnoah.com

EDWARD W. GOLDSTEIN (*pro hac vice*)
ALISA A. LIPSKI (*pro hac vice*)
JODY M. GOLDSTEIN (*pro hac vice*)
GOLDSTEIN, FAUCETT & PREBEG L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1735
E-mail: egoldstein@gfpiplaw.com
        alipski@gfpiplaw.com
        jgoldstein@gfpiplaw.com

Attorneys for Plaintiffs

VINOVATION, INC. and
OENOVATION INTERNATIONAL LLC

R. DANNY HUNTINGTON (*pro hac vice*)
BRIAN TOLLEFSON (*pro hac vice*)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
Main No.:  (202) 783-6040
Fax No.:  (202) 783-6031
Email:  dhuntington@rfem.com

LAW OFFICE OF JUDITH S.H. HOM
JUDITH S.H. HOM (SBN 203482)
236 West Portal Ave. #500
San Francisco, CA 94127
Telephone:  (415) 845-6220
Facsimile:  (415) 665-5933
Email:  jshom@me.com

Attorneys for Defendant
VA FILTRATION USA LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **VINOVATION, INC.**, a California corporation and **OENOVATION INTERNATIONAL LLC**, a California corporation<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**VA FILTRATION USA LLC**, a California corporation,<br>　　　　Defendant. | Case No.: 3:06-cv-02026-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND EXTENSION OF CONDITIONAL DISMISSAL [F.R.C.P. 41(a)]<br><br>Honorable Jeffrey S. White |

On February 18, 2010, the Court entered an Order (D.I. No. 91) for a voluntary 30-day Conditional Dismissal with prejudice of the above entitled action, under Federal Rule of Civil Procedure 41(a).  The Order provided that Plaintiffs or Defendant could restore this matter to the Court's active docket in the event that the parties fail to fully execute a written settlement agreement within 30 days from the date of this Order.  The parties were in agreement about the terms of the settlement and reduced the agreement to a writing ready to be signed by the parties.  However, the transaction contemplated by the settlement required the consent of a third party.  The third party was requested to provide the necessary consent on March 19, 2010, once the parties had finalized the language of the settlement agreement.  The third party refused to provide the consent required to go forward with the transaction set forth in the settlement agreement between the parties.  The parties have now re-negotiated the settlement to eliminate the need for the third party consent.  In order to provide the parties with a reasonable time to obtain the signatures on the new settlement documents, the parties hereby stipulate and request the Court to extend the March 23, 2010 Order (D.I. No. 92) for seven (7) additional days, requiring the parties until April 13, 2010 to restore the case to the active docket if required.

IT IS SO STIPULATED.

Dated: April 6, 2010                    DERGOSITS & NOAH LLP

                                        By:      /s/
                                              Michael E. Dergosits

                                        Attorney for Plaintiffs VINOVATION, INC.
                                        and OENOVATION INTERNATIONAL
                                        LLC


Dated: April 6, 2010                    LAW OFFICE OF JUDITH S.H. HOM

                                        By:      /s/
                                              Judith Hom

                                        Attorney for Defendant
                                        VA FILTRATION USA LLC

[PROPOSED] ORDER GRANTING 30-DAY EXTENSION OF CONDITIONAL DISMISSAL
Civil Action No.: 3:06-cv-02026-JSW                                                    2

1  Pursuant to Stipulation, IT IS SO ORDERED.

Date: April 6, 2010

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge